UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 9:19-CV-81350-ROSENBERG
AND 9:15-CR-80077-ROSENBERG

MARVIN LESTER, III,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DISMISSING MOTION TO VACATE SENTENCE, AND CLOSING CASE

This matter is before the Court upon Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, filed at DE 1 under Case No. 9:19-CV-81350 and at DE 369 under Case No. 9:15-CR-80077. The Court previously referred the Motion to Magistrate Judge Lisette M. Reid for a Report and Recommendation on any dispositive issues. On August 21, 2020, Judge Reid issued a Report and Recommendation in which she recommended that the Motion be dismissed as untimely. DE 9 under Case No. 9:19-CV-81350.

Plaintiff filed Objections to the Report and Recommendation. DE 10 under Case No. 9:19-CV-81350. The Court has reviewed Plaintiff's Motion, the Government's Response thereto, Plaintiff's Reply, the Report and Recommendation, Plaintiff's Objections, and the record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 9 under Case No. 9:19-CV-81350] is **ADOPTED** as the Order of the Court.[1]

2. Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [DE 1 under Case No. 9:19-CV-81350; DE 369 under Case No. 9:15-CR-80077] is **DISMISSED AS UNTIMELY**.

3. A certificate of appealability **SHALL NOT ISSUE**.

4. The Clerk of the Court is instructed to **CLOSE Case No. 9:19-CV-81350**. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of September, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record

---

[1] The Court makes one correction to the Report and Recommendation. On pages 3 and 4, the Report and Recommendation reflects that Plaintiff's Motion was delivered to prison authorities for mailing on October 3, 2019. The signature page of Plaintiff's Motion reflects that it was instead delivered for mailing on September 23, 2019. It appears that October 3 was the date that the Court received the mailing. In any event, Plaintiff's filing of the Motion on September 23, rather than on October 3, does not impact the Court's analysis or its conclusion that the Motion was untimely.